HYDE & BEHMAN AMUSEMENT CO., INC., Respondent, v. FRANK STAEUDEL,

* App. Div. Rules, 2d Dept. rule 12.— [REP.

Appellant.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.